UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
(HARTFORD DIVISION)

| | |
|---|---|
| STEVEN AUTO, LLC and<br>SHAQIR BEQIRI,<br>      Plaintiffs<br><br>vs.<br><br>NEXTGEAR CAPITAL, INC. and<br>DUSTIN E. WILKINSON,<br>INDIVIDUALLY AND AS NEXTGEAR'S<br>SENIOR MANAGEMENT OFFICIAL<br>IN THE STATE OF CONNECTICUT,<br>      Defendants | Case No. _____ |

## NOTICE OF REMOVAL

The Defendants, Nextgear Capital, Inc. ("Nextgear) and Dustin E. Wilkinson (Wilkinson) hereby remove Case No. CV-15-6027663-S from the Superior Court of the State of Connecticut, Judicial District of Waterbury pursuant to 28 U.S.C. Sections 1332, 1441 and 1446 and states as grounds for removal the following:

    1.    On June 29, 2015 the Plaintiffs, Steven Auto, LLC and Shaqir Beqiri filed a complaint in the Superior Court of the State of Connecticut, Judicial District of Waterbury styled Steven Auto, LLC and Shaqir Beqiri v. Nextgear Capital, Inc. and Dustin E. Wilkinson, Case No. CV-15-6027663-S (the "State Court Action.")  A copy of the Complaint and Exhibits is attached hereto as <u>Exhibit A</u>.

    2.    This Court has jurisdiction over this matter under 28 U.S.C. Section 1332(a) because there is complete diversity of citizenship between the Plaintiffs and the Defendants and more than $75,000 is at stake (exclusive of interest and costs).

3. Plaintiff's in this action have requested unspecified damages including, present and future damages, punitive damages and legal fees for causes of action sounding in breach of contract, conversion, battery related to the Defendant's alleged conduct in relation to enforcing its rights in connection with a commercial loan

4. The Plaintiffs allege that they are citizens of the State of Connecticut.

5. Nextgear is not a citizen of Connecticut: It is a Delaware corporation, with its primary offices in Atlanta Georgia.

6. Wilkinson is not a citizen of Connecticut: He is a citizen of Massachusetts.

**DEFENDATNS**
**NEXTGEAR, CAPITAL, INC.**
and
**DUSTIN E. WILKINSON,**

By /s/
Myles H. Alderman, Jr. of
HALLORAN & SAGE LLP
225 Asylum Street
Hartford, CT 06103
Fed. Bar #ct 04230
Phone: 860 249-0090
Fax: 860-548-0006
Alderman@halloransage.com
Their Attorney

## NOTICE TO COUNSEL RE LOCAL RULE 5(b)

To ensure that our records are complete and to ensure that you receive notice of hearings and any court rulings, <u>PLEASE FILE AN APPEARANCE</u> with this office in accordance with Local Rule 5(b) of the Local Rules of Civil Procedure for the District of Connecticut.

Counsel for the removing defendant(s) is responsible for immediately serving a copy of this notice on all counsel of record and all unrepresented parties at their last known address.

BY ORDER OF THE COURT

ROBIN D. TABORA, CLERK