UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
(HARTFORD DIVISION)

| | |
|---|---|
| STEVEN AUTO, LLC and<br>SHIQIR BEQIRI,<br>　　　　Plaintiffs<br><br>vs.<br><br>NEXTGEAR CAPITAL, INC. and<br>DUSTIN E. WILKINSON<br>　　　　Defendants | Case No. 2:15-cv-1190<br><br><br><br><br>AUGUST 5, 2015 |

**NOTICE OF PENDING MOTIONS**

　　The Defendants, Nextgear Capital, Inc ("Nextgear) and Dustin E. Wilkinson (Wilkinson) by and through their undersigned counsel hereby confirm that as of 11:00am on August 5th, 2015 there were no motions pending in the case of Steven Auto, LLC *et al.* v Nextgear Capital, Inc. *et al.* (Case No. CV-15-6027663-S).

　　　　　　　　　　　　　　　　　　　**DEFENDATNS**
　　　　　　　　　　　　　　　　　　　**NEXTGEAR, CAPITAL, INC.**
　　　　　　　　　　　　　　　　　　　**and**
　　　　　　　　　　　　　　　　　　　**DUSTIN E. WILKINSON,**

　　　　　　　　　　　　　　　　By　　/s/　CT01207　　　　　
　　　　　　　　　　　　　　　　　　　Myles H. Alderman, Jr. of
　　　　　　　　　　　　　　　　　　　HALLORAN & SAGE LLP
　　　　　　　　　　　　　　　　　　　225 Asylum Street
　　　　　　　　　　　　　　　　　　　Hartford, CT 06103
　　　　　　　　　　　　　　　　　　　Fed. Bar #ct 04230
　　　　　　　　　　　　　　　　　　　Phone:　860 249-0090
　　　　　　　　　　　　　　　　　　　Fax:　　860-548-0006
　　　　　　　　　　　　　　　　　　　Alderman@halloransage.com
　　　　　　　　　　　　　　　　　　　Their Attorney

3891349v.1