UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
(HARTFORD DIVISION)

| | |
|---|---|
| STEVEN AUTO, LLC and<br>SHIQIR BEQIRI,<br>          Plaintiffs<br><br>vs.<br><br>NEXTGEAR CAPITAL, INC. and<br>DUSTIN E. WILKINSON<br>          Defendants | Case No. 2:15-cv-1190<br><br><br><br><br>AUGUST 5, 2015 |

## CERTIFICATE OF SERVICE

This is to certify that a copy of the Notice of Removal, Notice to Counsel Re Local Rule 5(b) and the Notice of Pending Motions were served this 5th day of August, 2015 on the Plaintiffs' counsel, *via* US Postal service mail, first class, postage prepaid, at the address shown below:

    Eddie Z. Zyko
    120 Fenn Road
    Middlebury, CT 06762-2515

    By   /s/   CT01207
    Myles H. Alderman, Jr. of
    HALLORAN & SAGE LLP
    225 Asylum Street
    Hartford, CT 06103
    Fed. Bar #ct 04230
    Phone:  860 249-0090
    Fax:      860-548-0006
    Alderman@halloransage.com
    Their Attorney

3891551v.2