UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT (New Haven)

STEVEN AUTO LLC, and
SHAQIR BEQIRI
       Plaintiffs,
    v.                                      CIVIL ACTION NO.:  3:15-cv-01190-SRU

NEXTGEAR CAPITAL, INC., and
DUSTIN E WILKINSON,
       Defendants.

**PLAINTIFF'S FIRST MOTION TO EXTEND TIME TO FILE BRIEF RE:
MOTION TO REMAND - - WITHOUT CONSENT**

I.  INTRODUCTION

Plaintiff hereby moves to extend the time to file a Brief in response to the developments that arose in the Court's phone conference of Thursday, August 27, 2015.

II.  MATTERS MATERIAL TO THE CONSIDERATION OF THIS MOTION

1.  The following self-explanatory e-mails between the parties', respective, counsel, concerning subject, are submitted in support hereof:

    a. On Sep 3, 2015, at 10:32 AM, Eddi Zyko <eddizyko@me.com> wrote:

Myles,

I need to obtain a copy of the transcript of the teleconference that the court held in subject to do a proper brief and, upon receipt thereof, two weeks therefrom to complete and file.  I plan on filing a request tomorrow therefor.  I request your consent to said motion.

Eddi

1

    b. At 10:39 A.M. today Attorney Alderman replied thereto thusly:

No. I see no reason for delay. I will not consent so that you may continue your vexatious prosecution.

Myles H. Alderman, Jr.
Dictated, not read, via Siri
Sent from my iPhone
(860) 716-6289

2. This is the plaintiff's first, and so far only, request for extension of time in the above captioned matter that is now before the court.

                THE PLAINTIFF,

                  /s/ 071655
                EDDI Z. ZYKO, ESQUIRE
                120 FENN ROAD
                MIDDLEBURY, CT  06762
                CT JURIS NO: 71655
                FEDERAL BAR NO. CT-14172
                TEL NO:   203-758-8119
                FAX NO:   203-598-7994
                E-MAIL:   eddizyko@me.com

**CERTIFICATION OF SERVICE**

I hereby certify that the foregoing has been delivered electronically to the last known e-mail address of the counsel of record for defendants: Myles H. Alderman, Jr., Esquire, Halloran & Sage LLP, 225 Asylum Street, Hartford, CT at E-mail: alderman@halloransage.com

                  /s/ 071655
                EDDI Z. ZYKO, ESQUIRE