UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
(HARTFORD DIVISON)

| | |
|---|---|
| STEVEN AUTO, LLC and<br>SHIQIR BEQIRI,<br><br>  Plaintiffs<br><br>vs.<br><br>NEXTGEAR CAPITAL, INC. and<br>DUSTIN E. WILKINSON<br><br>  Defendants | CASE NO. 3:15-cv-01190-SRU<br><br><br><br><br><br>October 12, 2015 |

## NOTICE OF APPEARANCE IN LIEU

PLEASE TAKE NOTICE that the undersigned appearing attorney is now practicing with Alderman & Alderman, LLC. Accordingly, please enter the appearance of

Myles H. Alderman, Jr.
Alderman & Alderman, LLC
185 Asylum Street,
CityPlace II, 15th Floor
Hartford, CT 06103
T: (860) 249-0090
F: (860) 969-0615
Email: myles.alderman@alderman.com

Alderman & Alderman, LLC
CityPlace II, 15th Floor
185 Asylum Street
Hartford, CT 06103

Alderman

Phone (860) 249-0090
Fax (860) 969-0615

In lieu of the appearances of Myles H. Alderman, Jr., at the prior address of Halloran & Sage, LLC for the Defendants.

> NEXTGEAR CAPITAL, INC. and
> DUSTIN E. WILKINSON
>
> By: \_\_\_\_\_/s/\_\_\_\_CT01207_____
> Myles H. Alderman, Jr.
> Fed. Bar No. CT01207
> Alderman & Alderman, LLC
> 185 Asylum Street
> CityPlace II, 15th Floor
> Hartford, Connecticut 06103
> T: (860) 249-0090
> F: (860) 969-0615
> myles.alderman@alderman.com

## **CERTIFICATION**

This is to certify that on the 12th day of October, 2015, a copy of the foregoing was electronically filed and served by mail to anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

\_\_\_\_/s/\_\_\_\_CT01207_____
Myles H. Alderman, Jr.

Alderman & Alderman, LLC
CityPlace II, 15th Floor
185 Asylum Street
Hartford, CT 06103

Alderman

Phone (860) 249-0090
Fax (860) 969-0615