UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT (New Haven)

STEVEN AUTO LLC, and
SHAQIR BEQIRI

        Plaintiffs,
v.                                                                           CIVIL ACTION NO.: 3:15-cv-01190-SRU
NEXTGEAR CAPITAL, INC., and
DUSTIN E WILKINSON,

        Defendants.

## DECLARATION

SHAQIR BEQIRI declares that the following statements are true, under the penalties of perjury:

1. I am the sole proprietor/Member/employee of Steven Auto LLC, a car dealership located 471 Watertown Ave, Waterbury, CT 06708. I make this declaration in opposition to the motion to dismiss the complaint.

2. The complaint in this case, details what this suit involves and is incorporated here.

3. In the motion to dismiss, defendants rely upon a forum selection clause.

4. My attorney advises me that a motion to dismiss is improper and that the proper procedure would be a motion for transfer, which the defendants have not made.

5. In any event, the forum selection clause should not be enforced. I was not aware of that clause, which is hidden in the documentation and was never brought to my attention. Had I been aware of it I surely would have objected inasmuch as my business is centered in Connecticut and I do not have the ability to adequately litigate in Indiana. The clause was certainly not "freely negotiated." Moreover, I never even contemplated that I and/or or my little company, would be

1

a victim of a battery and gang land style theft by, or on behalf of, the defendants and that they could force me to seek safety and protection of my body and other rights in any place but the State of Connecticut where I and my little company were and are citizens and lived/existed.

6. Indeed, the clause is part and parcel of the fraud alleged in the underlying litigation.

7. In light thereof it would be unreasonable to enforce the forum selection clause in this case.

Declared to be true in the District of Connecticut, this 16th day of November, 2015.

*Shaqir Beqiri*

SHAQIR BEQIRI