UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| STEVEN AUTO, LLC and<br>SHIQIR BEQIRI,<br>　　　　Plaintiffs | Case No. 3:15-cv-01190-SRU |
| vs. | |
| NEXTGEAR CAPITAL, INC. and<br>DUSTIN E. WILKINSON<br>　　　　Defendants | November 30, 2015 |

**FIRST MOTION FOR EXTENSION OF TIME TO FILE REPLY TO MEMORANDUM OF LAW FILED BY PLAINTIFF (Doc. Id. No. 23).**

The defendants, NextGear Capital, Inc. ("NextGear") and Dustin E. Wilkinson ("Wilkinson") (Collectively the "Defendants"), by and through their undersigned counsel, hereby submit this first motion for an extension of time to respond to the Memorandum of Law in Opposition to Motion to Dismiss ("Opposition Memo") filed by the Plaintiff (Doc Id. No. 23). In support of this motion, the Defendants respectfully submit the following:

1. On October 16, the Defendants filed a motion to dismiss the above captioned case (Doc. Id. no. 20).[1]

2. On November 16, Defendants' counsel received a notice from the court that Plaintiff's counsel had filed its opposition memo as Doc. Id. No. 23.

3. The document filed as Doc. Id. No. 23, was blank page (See Doc. Id. No. 23)

4. Defendant's counsel's office contacted the clerk for this Court and was advised that what was on file was, in fact, a blank page.

---

[1] The motion and supporting memo of law that were uploaded did not capture the signature of counsel and had a typographic error and were replaced by corrective copies on October 26, 2015.

5.      The undersigned did not receive notice that a replacement document had been filed.

6.      On November 23, 2015, the Defendants' counsel logged on to PACER to investigate whether the Plaintiff had replaced the blank page it had filed as Doc. Id. No. 23, and discovered that the Plaintiff at some point filed its Opposition Memo (Doc. Id. No. 23-1).[2]

7.      The offices of Defendants' counsel were closed November 26th and 27th for the is the Thanksgiving holiday and Defendants' lead counsel is presenting at a CLE seminar on December 3, 2015.

8.      This is Defendants first request for an enlargement of time.

WHEREFORE, the Defendants respectfully move for an extension Until December 15, 2015 of the deadline for them to respond to Opposition Memo.

**DEFENDANTS**
**NEXTGEAR, CAPITAL, INC. and**
**DUSTIN E. WILKINSON,**

By____S/ CT01207_____
Myles H. Alderman, Jr. of
ALDERMAN & ALDERMAN, LLC
185 Asylum Street
Hartford, CT 06103
Fed. Bar #CT01207
Phone:  860 249-0090
Fax:     860-969-0615
Myles.alderman@alderman.com

---

[2] Document Id. No. 23-1 indicates that it was filed on 11/16/2015. Defendants' counsel's office had not been able to find that document on-line on November 16, 2015. Defendants' counsel does not know when or how Document Id. No. 23-1 was filed.