UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
NEW HAVEN

_____.
|
STEVEN AUTO, LLC and              |
SHIQIR BEQIRI,                    | Case No. 3:15-cv-01190-SRU
      Plaintiffs   |
vs.                               |
                                  |
NEXTGEAR CAPITAL, INC. and        |
DUSTIN E. WILKINSON               | DECEMBER 15, 2015
      Defendants   |
_____   |

## AMENDED
## MOTION TO DISMISS CASE

    The defendants NextGear Capital, Inc. and Dustin E. Wilkinson, by and through their undersigned counsel, hereby amend their first Motion to Dismiss Pursuant to Rule 12(b)(3) originally filed on October 13, 2015 (Doc Id. No. 20) to remove the reference to subsection 3 and to move this Court to dismiss the above captioned case pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and the doctrine of *forum non conveniens.*

    Assuming, *arguendo* that this case need not be dismissed, in the alternative, the Defendants move that above captioned case be transferred to the United States District Court for the Southern District of Indiana pursuant 28 U.S.C. §1404(a).

In support of this motion the movants are filing herewith Defendants' Reply Brief And Memorandum Of Law In Support of Amended Motion To Dismiss.

**DEFENDANTS**
**NEXTGEAR, CAPITAL, INC. and**
**DUSTIN E. WILKINSON,**

By___S/ CT01207_____
Myles H. Alderman, Jr.
Alderman & Alderman, LLC
185 Asylum Street
Hartford, CT 06103
Fed. Bar #CT01207
Phone:  860 249-0090
Fax:     860-969-0615
myles.alderman@alderman.com