UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT (New Haven)

STEVEN AUTO LLC, and
SHAQIR BEQIRI

      Plaintiffs,
v.                                                        CIVIL ACTION NO.: 3:15-cv-01190-SRU
NEXTGEAR CAPITAL, INC., and
DUSTIN E WILKINSON,

      Defendants.

**DECLARATION**

SHAQIR BEQIRI declares that the following statements are true, under the penalties of perjury:

1. I am the President/sole Member of Steven Auto LLC, a car dealership formerly located at 471 Watertown Ave, Waterbury, CT 06708, but now out of business. I make this declaration in opposition to the motion to dismiss the complaint.

2. The complaint contains five causes of action: (1) Breach of Contract; (2) Breach of the Contract's Implied Covenant of Good Faith and Fair Dealing; (3) Misrepresentation; (4) Statutory Theft; and (5) Battery.

3. Defendants made a motion to dismiss, predicated upon a forum section clause, which they have withdrawn as it was based upon authority that was superceded by a decision of the United States Supreme Court over two years ago. Now they make an "amended motion" for the same relief.

4. In the motion to dismiss, defendants rely upon a forum selection clause. The forum selection clause clearly cannot encompass the causes of action for theft and battery, which arise outside any contract.

5. In any event, the forum selection clause should not be enforced. I was not aware of that clause, which is hidden in the documentation and was never brought to my attention. Had I been aware of it I surely would have objected inasmuch as my business is centered in Connecticut and I do not have the ability to adequately litigate in Indiana. The clause was certainly not "freely negotiated."

6. Indeed, the clause is part and parcel of the fraud alleged in the underlying litigation.

7. It would be unreasonable to enforce the forum selection clause in this case because of the aforesaid.

Declared to be true in the District of Connecticut, this 4th day of January, 2016.

*[signature]*
SHAQIR BERIRI