UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

_____.
|
STEVEN AUTO, LLC and |
SHIQIR BEQIRI, | Case No. 3:15-cv-01190-SRU
     Plaintiffs |
vs. |
|
NEXTGEAR CAPITAL, INC. and |
DUSTIN E. WILKINSON |
     Defendants |
_____ |

## STIPULATED ORDER DISMISSING CASE WITH PREJUDICE

     Upon the joint motion of the plaintiffs, Steven Auto, LLC ("Steven Auto") and Shiqir Beqiri ("Beqiri"), and the defendants, NextGear Capital, Inc. ("NextGear") and Dustin E. Wilkinson ("Wilkinson"), for entry of this stipulated order, the parties have agreed to resolve their differences by stipulation, subject to the approval of the Court.

     More specifically, the plaintiffs and defendants stipulate and agree as follows:

     1.    With regard to the case of NextGear Capital, Inc. v. Steven Auto, LLC and Shiqir Beqiri, commenced in the Hamilton County Superior Court in Noblesville, Indiana, (a case in which NextGear had previously obtained a judgment in its favor), that case was reopened and dismissed with prejudice.

2.      The Plaintiffs, Steven Auto and Beqiri, each along with their representatives, agents, employees, subsidiaries, servants, trustees, directors, officers, attorneys, predecessors, heirs, successors and assigns, and anyone claiming under them hereby release, discharge and acquit the Defendants, NextGear and Wilkinson, and their representatives, agents, employees, subsidiaries, shareholders, business units, servants, directors, officers, attorneys, predecessors, heirs, successors and assigns, and anyone claiming under them, from any and all demands, claims and causes of actions, obligations and liabilities which were made or asserted, or could have been made or asserted, as of the date of this order.

3.      The Defendants, NextGear and Wilkinson, each along with their representatives, agents, employees, subsidiaries, servants, trustees, directors, officers, attorneys, predecessors, heirs, successors and assigns, and anyone claiming under them hereby release, discharge and acquit the Plaintiffs, Steven Auto and Beqiri, and their representatives, agents, employees, subsidiaries, shareholders, business units, servants, directors, officers, attorneys, predecessors, heirs, successors and assigns, and anyone claiming under them, from any and all demands, claims and causes of actions, obligations and liabilities which were made or asserted, or could have been made or asserted, as of the date of this order.

4. The above captioned case shall be dismissed with prejudice, with each party to bear its own costs.

| PLAINTIFFS | DEFENDANTS |
|---|---|
| **STEVEN AUTO, LLC and SHAQIR BEQIRI** | **NEXTGEAR, CAPITAL, INC. and DUSTIN E. WILKINSON,** |
| By __S/CT14172__ | By __S/ CT01207__ |
| Eddi Z. Zyko, Esq. | Myles H. Alderman, Jr. |
| Attorney for Plaintiff | Alderman & Alderman, LLC |
| Fed. Bar No. CT14172 | Fed. Bar #CT01207 |
| 120 Fern Road | 185 Asylum Street |
| Middlebury CT 06762 | Hartford, CT 06103 |
| Tel No. 203-758-8119 | Phone: 860 249-0090 |
| Fax No. 203-598-7994 | Fax: 860-969-0615 |
| E-mail: eddizyko@me.com | myles.alderman@alderman.com |

The foregoing Stipulation having been presented to the Court and it having been represented that each party was represented by counsel and knowingly and freely entered into this stipulation, it is hereby;

So Ordered.